IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL J. BOUSHON,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

    v.                                               Case No. 11-cv-397-wmc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Michael J. Boushon against defendant Carolyn Colvin, Acting Commissioner of Social Security, reversing the Commissioner's decision denying plaintiff's application for disability insurance benefits and remanding this case for further proceedings under sentence four of 42 U.S.C. § 405(g).

                    s/ A. Wiseman, Deputy Clerk                     July 1, 2014
                  Peter Oppeneer, Clerk of Court                           Date