IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL BOUSHON,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

     v.                                 Case No. 11-cv-397-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Michael Boushon attorney fees and expenses in the amount of $11,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        s/ A. Wiseman, Deputy Clerk           October 31, 2014
        Peter Oppeneer, Clerk of Court               Date